# United States Court of Appeals
## For the First Circuit

No. 25-1068

SHARON RADFAR,

Plaintiff, Appellant,

v.

JOSEPH I. COVINO, Sergeant of Police for the City of Revere, individually and in the official capacity; BRIAN M. ARRIGO, Mayor for the City of Revere, individually and in the official capacity; JAMES GUIDO, Chief of Police for the City of Revere, individually and in the official capacity; REVERE, MA,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on January 6, 2026, is amended as follows:

On page 15, at line 16, replace "call" with "calls"

On page 15, last line, replace "that that" with "that"